## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jordan Glogau | ) |
| 271 Treetop Circle | ) |
| Nanuet, New York  10954 | ) |
| | ) |
| VS. | ) Case: 1:20-cv-02803 |
| | ) Assigned To : Kollar-Kotelly, Colleen |
| | ) Assign. Date : 9/25/2020 |
| | ) Description: Other Civ. Rights (L-DECK) |
| United States of America | ) |
| Federal Triangle | ) |
| Washington, DC 20500 | ) |




**COMPLAINT**

**THE 2015 to 2020 PRESIDENTIAL ELECTIONS**

## I.     Introduction

Never in the history of the United States has one person come so close to destroying this nation and its institutions. You would have to add Benedict Arnold for treason, Arron Burr for unconstitutional conspiracy, and anyone as ignorant of the black plague during the Middle Ages regarding healthcare issues, to bring this nation to such a state of collapse and despair.

We cannot view the 2016 election as an event that occurred in the isolation of the 2015 to 2016 time frame. It has to be viewed as a continuum from 2015 to 2020 because the Russians never stopped their efforts after the 2016 election.

The solution is to annul the 2016 election putting the Speaker of the House as the temporary President until the new election. Without this annulment this whole country will fall far behind in regards to healthcare, security, civil rights, the environment and many other issues. If election law isn't definitive enough then the US Government should also be put into receivership under Chapter 9 of the Bankruptcy Code. If a democracy can't run an election properly, its main function, it belongs in receivership!

Unless Trump, his running mate, his children, his siblings and their estates are given full pardons and their money isn't attached he won't leave office. Further, Trump and Pence agree not to run and/or enter into public office, including this election.

For this to work Trump would only have to ignore the complaint to be granted his pardons via summary judgement.

As part of the settlement all executive orders, laws, treaties and appointments done by the vacated administration would be voided, including the two recent Supreme Court appointees.

Just one major reason to file this suit is the totally unfair tax law that burdens high tax states like New York and California with millions if not billions in additional taxes. Yes, this means that those state governments and their residents would be interested in joining the suit.

## II.    Jurisdiction

Jurisdiction in this action is predicated upon U.S.C.

## III.   Venue

Venue for this action is predicated upon U.S.C.

## IV.   The Parties

The Federal Government is the defendant and Jordan Glogau is the plaintiff. However, there are other classes of plaintiffs that may have reason to join the suit and help with support including but not limited to:

- Individuals like former AG Eric Holder, former WH Ethics lawyer Richard Painter.
- Federal employees hurt by the government shutdown.
- Federal contractors who may never get their back pay.

- COVID-19 victims, including those who died or with serious post conditions *(Patients with serious neurological conditions from the virus are NOT being discussed with the public.)*
- Members of the military or intelligence agencies with deeper knowledge of the administration's misconduct.

This list is in no way complete but it's a start.

## V.    Background

In March of 2017 Glogau attempted to sue Donald Trump for treason. The brief basically stated that the 2016 Election wasn't an election at all but a Coup d'état by the Russian Government. Therefore the election should be voided and a new election rerun. Here is a URL with the court documentation:

https://www.pacermonitor.com/public/case/21047910/Glogau_v_Trump_et_al

As day-to-day voter I didn't have standing to sue the President of the United States. The judge *never* said the complaint didn't have merit simply that I didn't have merit.

It bears repeating, the 2016 Election wasn't an election at all but a Coup d'état by the Russian Government. Therefore the election should be voided, the Speaker would only be in office for a short period of time before the new election, less than 40 days.

But this still leaves the question of standing.

## VI.   Who Has Standing - Who is the Plaintiff?

The whole idea of standing only makes sense when we're talking about normal circumstances. This is NOT the present circumstance, this is an emergency.

IF OTHER parties are needed for standing these other parties can join the suit, as in a class action, there may be judge(s) that will admit the suit to their docket. Just think of all the judges and other administrative members of the Federal government that have "ruled" against Trump. A short list includes:

1. The Justice Department Inspector General saying the demonstration in Portland needs to be investigated.
2. Michael Cohen's judge declaring his solitary confinement being retaliatory.
3. The active and retired 4 Star generals declaring publicly the DOD won't get involved in Trump and Barr's goon squad tactics.
4. Having to have a number of Trump's minions like Stone given a light sentence, as in no jail time. Flynn's case being dropped is another example of wrong doing in plain sight.
5. The Supreme Court ruling in favor of the Manhattan District Attorney 7 to 2 disclose the Trump taxes.
6. Family members like Mary Trump or even Maryann Trump declaring his true nature and crimes going back to his childhood.
7. Robert Mueller, former Special Council, in charge of the Russian investigation of the 2016 Trump Presidential campaign.
8. Former President of the United States such as President Carter.
9. All States and Municipalities that are over extending their budgets because of the uncontrolled pandemic caused by the present Federal Administration mismanagement.

## VII. Who is the Defendant?

Instead of filing against the present office holder(s) the suit is against both the present and past administrations. The main two defendants in this *civil suit* would be:

- President Barack Obama, too partisan by not telling the public about the Trump efforts to work with the Russians because he thought Secretary Clinton would win the election.
- Senator Mitch McConnell, too partisan when he told President Obama not to tell the public about the investigation(s) about the Russian/Trump efforts.

But these people are stand-ins for the Federal Government as a whole, not individuals. Way too many people let this fall through the cracks. A cast of 1,000's would have to be called before the bench to track down the goings on of this and the last election.

The point being to declare a new election based on a civil suit where there is a lighter burden of proof.

## VIII. We Have Crossed the Rubicon

It's clear that Trump will do anything to stay in office. His sabotage of the USPS is a blatant attempt to sway the election, plus he has no qualms saying so publically. Now is the time to get him out of office and save the country from this horrible situation. The only way to do this is to give him, his family, and the Vice President a pardon. This is coming from a complainant who sued Trump for TREASON in 2017.

The present circumstances force the realization that recovery is more important than revenge. Justice will come from getting the Speaker of the House as the temporary President until the November election which will save 10,000's of lives, if not more.

## IX. Trump Needs an Exit Plan

No amount of hoping is going to "fix" Trump. He is willing to drag down this country if he's not given a way out. Trump already wants out for example, he moved to Florida because of the State's bankruptcy law, he's worried about taking a fall and has to preserve the family nest egg. All that he needs is a vehicle to get out of this mess.

Trump has also hinted, through Steve Bannon, in Michael Wolff's book Siege:

> *You've got to go to him with a deal; the only way Trump leaves is with a release. DOJ, State AG, Labor Department, all the RICO stuff, no prison time—and he keeps all his money. It's got to be clean."*

Of course now you have to add New York State and New York City. A complex negotiation to say the least. But it forces everyone to the table. Remember that the Trump 2017 Tax bill took a great deal of tax revenue off the table for states with high income tax.

## X. Shutting Down Trump

By annulling the 2016 election Trump and Pence are replaced by the Speak of the House, Nancy Pelosi. Further, Trump and Pence are prevented from ever running for office again, this is part of the agreement. This is the only way to save the Republican Party. Only by separating Trump from conventional conservatives can the Republican Party reform itself.

## XI.  Summary

In closing let me return to the Post Office. As of today half the US population believes that this won't be a fair election because of mail-in ballots, a total fabrication Trump keeps pushing. Trump is way too good at manipulating people which is more the reason to get him out of office and prevented from running for office again.

Our Country is in the middle of turmoil to such an extent that the person at 1600 Pennsylvania Avenue has turned the world upside down. Donald Trump, along with AG Barr, are preforming so many unconstitutional acts that it's hard to keep up with the daily shenanigans. He is ready to destroy our democracy in order to stay out of jail and/or prevent the loss of his and his family's fortune.

It is our collective lack of imagination that is keeping us thinking *inside the box, Donald's box that is*. What might this president do if he truly fears losing? If you're Donald Trump and you think you're about to lose and go to prison, what other option do you have?

## XII. Prayer for Relief

Annul the 2016 Presidential Election. Void all laws, appointments, treaties, regulations, executive orders of the Trump administration. Restrain Donald J Trump and Mike Pence from running for office again, even in this year's election.

Monetary relief should reflect administrative fees seen in the average bankruptcy reorganization, this seems a reasonable guideline whether or not the Government is put in complete receivership or not.

## XIII. Demand for Jury Trial

There is NO demand for a jury trial.

Dated: 9/23/2020

*Jordan Glogau*
Jordan Glogau
271 Treetop Circle
Nanuet, NY  10954

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

U.S. POSTAGE PAID
PME :Day
NANUET, NY
10954
SEP 24, 20
AMOUNT
**$26.35**
R2304M114763-1

20001
1007

EE 168219914 US

# PRIORITY MAIL EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 10954
- Date Accepted (MM/DD/YY): 9/24/20
- Time Accepted: 10:38 PM
- Weight: — lbs — ozs
- ☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
- Scheduled Delivery Date: 9/25/20
- Scheduled Delivery Time: ☐ 10:30 AM  ☑ NOON  ☐ 3:00 PM
- 10:30 AM Delivery Fee: $
- Postage: $ 26.35
- Insurance Fee: $
- Return Receipt Fee: $
- COD Fee: $
- Live Animal Transportation Fee: $
- Total Postage & Fees: $ 26.35
- Acceptance Employee Initials: SP

**DELIVERY (POSTAL SERVICE USE ONLY)**
- Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
- Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   1-ORIGIN POST OFFICE COPY

---

**PRESS FIRMLY TO SEAL**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (914) 262-1749

Jordan Glogau
271 Treetop Circle
Nanuet, NY

**PAYMENT BY ACCOUNT**
USPS® Corporate Acct No | Federal Agency Acct No or Postal Service™ Acct No

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE (202) 354-3000

Clerk, U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001



■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

SPS.COM/PICKUP