UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN GLOGAU,<br><br>   Plaintiff<br><br>  v.<br><br>UNITED STATES,<br><br>   Defendant | Civil Action No. 20-2803 (CKK) |

**ORDER**
(December 4, 2020)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 4th day of December, 2020 hereby ORDERED that Plaintiff's case is DISMISSED.

The Clerk of Court shall mail a copy of this Order and accompanying Memorandum Opinion to Plaintiff's address of record.

**SO ORDERED.**

This is a final, appealable Order.

                /s/
                COLLEEN KOLLAR-KOTELLY
                United States District Judge